| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)  McKee, Theodore A | 2. Court or Organization  Third Circuit | 3. Date o Report  6/8/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  Judge | 5. ReportType (check appropriate type)  ○ Nomination, Date 6/9/2005  ○ Initial ⦿ Annual ○ Final | 6. Reporting Period  1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address  20614 U.S. Courthouse  601 Market Street  Philadelphia, Pa. 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | General Partner | Pujkee Associates |
| 2. | Director | Fox Chase Cancer Center |
| 3. | Advisory Board | City Year Philadelphia |
| 4. | Adivsory Board | Barristers Association of Philadelphia |
| 5. | Trustee | Temple University |
| 6. | Board of Visitors | Temple University Law School |
| 7. | Advisory Member Board of Visitors | Syracuse University Law School |
| 8. | Board Member | Diagnostic and Rehabilitation Center |
| 9. | School Committee | Germantown Friends School |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Mckee, Theodore A | 6/8/2005 |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Administrative Office of Pa. Courts - vested retirement from prior state court judgship | approx 12,000 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Presbyterian Medical Center |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | U.S. Court of Appeals | $900. Reimburse for travel expenses incurred for sitting in Pittsburgh, Pa. (May 10-12) |
| 2. | U.S. Court of Appeals | $600 reimburse for travel expenses incurred for attending Court Retreat in Delaware (Oct. 13-14). |
| 3. | Syracuse University | $770.00 reimburse for food and lodging for attending moot court at law school (March 3 & 4). Syracuse NY |
| 4. | New York University | $635 reimburse for food and loding for participation in moot coufrt (April 3) NYC. |
| 5. | Fordham University Law School | $853 reimburse food and lodging for attending and participating in panel discussion at law school (Nov 4 & 5) NYC. |

**V. GIFTS.** (includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

**VI. LIABILITIES.** (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Commercial Bank | credit card | J |
| 2. | Commercial Bank | Line of Credit | J |
| 3. | Commercial Bank | Line of Credit | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Mckee, Theodore A | 6/8/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Chicos - stock | A | Dividend | K | T | | | | | |
| 2. American Washington Mutual Fund | A | Dividend | J | T | | | | | |
| 3. American Washington Mutual Fund | | | | | Buy | 3/22 | J | | |
| 4. Cardinal Health | A | Dividend | J | T | | | | | |
| 5. Coca Cola | A | Dividend | J | T | | | | | |
| 6. D.R. Horton | A | Dividend | J | T | Buy | 1/12 | J | | |
| 7. Domini Social Index Fund | A | Dividend | J | T | | | | | |
| 8. FTI Consulting | A | Dividend | | | Full Sale | 4/16 | J | A | |
| 9. General Electric Stock | A | Dividend | J | T | Buy | 3/22 | J | | |
| 10. Intel | A | Dividend | J | T | | | | | |
| 11. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 12. Lennar Corp | A | Dividend | J | T | | | | | |
| 13. Merck | A | Dividend | J | T | | | | | |
| 14. Mobility Electronic | A | Dividend | | | full sale | 1/12 | J | A | |
| 15. Rebok | A | Dividend | J | T | | | | | |
| 16. SLM Corp | A | Dividend | J | T | | | | | |
| 17. SSGA Tuckerman Active REIT Mutual Fund | A | Dividend | J | T | | | | | |
| 18. Staples | A | Dividend | j | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Mctee, Theodore A | 6/8/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Verizon Communications | A | Dividend | J | T | buy | 1/12 | J | | |
| 20. Whole Foods Corp | a | Dividend | J | T | buy | 1/6 | | | |
| 21. Ben and Jerry's | A | Dividend | J | T | | | | | |
| 22. dreshner rcm Bioteck Mutual Fund | A | Dividend | j | T | | | | | |
| 23. Citizens Core Growth Fund | A | Dividend | j | T | | | | | |
| 24. Citizens Emerging Growth Fund | A | Dividend | J | T | | | | | |
| 25. Citizens Global Equity Fund | A | Dividend | J | T | | | | | |
| 26. mfs emerging growth fund | A | Dividend | J | T | | | | | |
| 27. euro pacific Growth fund | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$6,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date ___6/8/05___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544